# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form: https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 26-4975

**Case Name** Arizona, et al. v. U.S. Environmental Protection Agency, et al.

**Counsel submitting this form** C. L. Junine So

**Represented party/parties** Appellants (full list in Attachment)

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiff-Appellants were recipients of fully obligated grants under the Solar for All program created by Section 60103 of the Inflation Reduction Act. In August 2025, Defendant-Appellees terminated the program and terminated all grants made under the program. Appellants filed this lawsuit to challenge Defendants' termination of the program under the Administrative Procedure Act and the U.S. Constitution, and sought vacatur, and declaratory and injunctive relief.

*Briefly describe the result below and the main issues on appeal.*

The district court concluded that it lacked jurisdiction over Appellants' APA claims under the Tucker Act, 28 U.S.C. §1491. The district court also concluded that Appellants' constitutional claims were not reviewable. The main issue on appeal is whether the district court erred in concluding that it lacked jurisdiction over Appellants' claims.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

There are no proceedings remaining below. Appellants filed a protective petition in the D.C. Circuit in accordance with 42 U.S.C. § 7607(b)(1). Arizona v. EPA, No. 25-1218. Those proceedings have been held in abeyance pending further order of the court.

Appellants filed a separate breach-of-contract lawsuit in the Court of Federal Claims, challenging Appellees' termination of Appellants' Solar for All grant agreements and seeking contract damages. Maryland Clean Energy Center v. United States, No. 25-cv-01738. Those proceedings are currently ongoing.

**Signature** s/ C. L. Junine So **Date** 8/10/2026

*(use* "s/[typed name]" *to sign electronically-filed documents)*

**U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT**

***Arizona, et al. v. U.S. Environmental Protection Agency, et al.*, Case No. 26-4975**

**Attachment – Appellants and their Counsel**

| **Plaintiff/Appellant** | **Counsel** |
|---|---|
| State of Arizona | Joshua D. Bendor, No. 031908<br>Mary M. Curtin, No. 031973<br>Josh Lefkow, No. 041312<br>Office of the Arizona Attorney General<br>2005 North Central Avenue<br>Phoenix, Arizona 85004-1592<br>602-542-3333<br>Joshua.Bendor@azag.gov<br>Mary.Curtin@azag.gov<br>Joshua.Lefkow@azag.gov<br>ACL@azag.gov |
| State of Washington | C. L. Junine So, WSBA # 58779<br>Sarah E. Smith-Levy, WSBA # 55770<br>Andrew Hughes, WSBA # 49515<br>William McGinty, WSBA # 41868<br>Washington State Attorney General's Office<br>800 Fifth Avenue, Suite 2000<br>Seattle, Washington 98104<br>206-464-7744<br>Junine.So@atg.wa.gov<br>Sarah.E.Smith-Levy@atg.wa.gov<br>Andrew.Hughes@atg.wa.gov<br>William.Mcginty@atg.wa.gov |
| State of Minnesota | Peter N. Surdo<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 600<br>Saint Paul, MN 55101<br>651-300-6637<br>Peter.Surdo@ag.state.mn.us |
| District of Columbia | Caroline S. Van Zile<br>Ashwin P. Phatak<br>Office of the Attorney General<br>400 6th Street, NW, Suite 8100<br>Washington, D.C. 20001<br>202-724-6609<br>Caroline.Vanzile@dc.gov<br>Ashwin.Phatak@dc.gov |

| **Plaintiff/Appellant** | **Counsel** |
|---|---|
| State of California | Marie Elizabeth Logan<br>Dylan C. Redor<br>Theodore A. Mccombs<br>Myung Park<br>Abigail Blodgett<br>California Department of Justice<br>1515 Clay Street<br>Oakland, CA 94612<br>Marie.Logan@doj.ca.gov<br>Dylan.Redor@doj.ca.gov<br>Theodore.McCombs@doj.ca.gov<br>Myung.Park@doj.ca.gov<br>Abigail.Blodgett@doj.ca.gov |
| State of Colorado | Carrie Noteboom<br>David Moskowitz<br>Colorado Office of the Attorney General<br>Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>720-508-6000<br>Carrie.Noteboom@coag.gov<br>David.Moskowitz@coag.gov |
| State of Connecticut | Jill Lacedonia<br>Connecticut Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>860-808-5250<br>Jill.Lacedonia@ct.gov |
| State of Hawai'i | Kalikoʻonālani D. Fernandes<br>State of Hawai'i Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813<br>808-586-1360<br>Kaliko.D.Fernandes@hawaii.gov |
| State of Illinois | Alex Hemmer<br>Office of the Illinois Attorney General<br>115 S. LaSalle St.<br>Chicago, IL 60603<br>773-590-7932<br>Alex.Hemmer@ilag.gov |

| **Plaintiff/Appellant** | **Counsel** |
|---|---|
| Office of the Governor ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky | S. Travis Mayo<br>Laura C. Tipton<br>Office of the Governor<br>501 High Street, 2nd Floor<br>Frankfort, KY 40601<br>502-564-2611<br>Travis.Mayo@ky.gov<br>Laurac.Tipton@ky.gov |
| State of Maine | Scott Boak<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>207-626-8566<br>Scott.Boak@maine.gov |
| State of Maryland | Steven J. Goldstein<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place<br>Baltimore, MD 21202<br>410-576-6414<br>Sgoldstein@oag.state.md.us |
| Commonwealth of Massachusetts | Katherine Dirks<br>Amy Laura Cahn<br>Office of the Attorney General of Massachusetts<br>One Ashburton Place<br>Boston, MA 02108<br>617-963-2277<br>Katherine.Dirks@mass.gov<br>Amy.Laura.Cahn@mass.gov |
| State of Michigan | Neil Giovanatti<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>517-335-7603<br>GiovanattiN@michigan.gov |
| State of New Jersey | Eliza Lehner<br>New Jersey Office of the Attorney General<br>25 Market St., P.O. Box 093<br>Trenton, NJ 08625-0093<br>609-433-9917<br>Eliza.Lehner@njoag.gov |

| **Plaintiff/Appellant** | **Counsel** |
|---|---|
| State of New Mexico | J. Spenser Lotz<br>Environmental Protection Bureau<br>New Mexico Department of Justice<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>505-616-7560<br>Slotz@nmdoj.gov |
| State of New York | Ester Murdukhayeva<br>Matthew Eisenson<br>Office of the New York Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>212-416-6279<br>Ester.Murdukhayeva@ag.ny.gov<br>Matthew.Eisenson@ag.ny.gov |
| State of North Carolina | Daniel P. Mosteller<br>North Carolina Department of Justice<br>PO Box 629<br>Raleigh, NC 27602<br>919-716-6026<br>Dmosteller@ncdoj.gov |
| State of Oregon | Coby Howell<br>Oregon Department of Justice<br>100 SW Market St.<br>Portland, OR 97201<br>Telephone: 971-283-8657<br>Fax: 971-673-5000<br>Coby.Howell@doj.oregon.gov |
| Jessica Shirley, Chair of the Pennsylvania Energy Development Authority | Michael J. Heilman<br>Department of Environmental Protection<br>Office of Chief Counsel<br>400 Waterfront Drive<br>Pittsburgh, PA 15222<br>412-442-4241<br>Mheilman@pa.gov |
| State of Rhode Island | Nicholas M. Vaz<br>Rhode Island Attorney General's Office<br>150 South Main Street<br>Providence, Rhode Island 02903<br>401-274-4400 ext. 2297<br>Nvaz@riag.ri.gov |

| **Plaintiff/Appellant** | **Counsel** |
|---|---|
| State of Vermont | Jonathan T. Rose<br>Office of the Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>802-828-3171<br>Jonathan.Rose@vermont.gov |
| Commonwealth of Virginia | Tillman J. Breckenridge<br>Office of the Attorney General of Virginia<br>202 N. 9th Street<br>Richmond, Virginia 23219<br>804-786-2071<br>Solicitorgeneral@oag.state.va.us |
| Wisconsin Economic Development Corporation | Maya Haese<br>2352 S. Park St., Suite 303<br>Madison, WI 53713<br>608-210-6889<br>Maya.Haese@wedc.org |